OPINION — AG — ** SCHOOL DISTRICTS — NON TEACHER PERSONNEL — BENEFITS ** THE LEGISLATURE DID NOT INTEND BY THE PASSAGE OF SENATE BILL NO. 624 OF THE THIRTY FIFTH LEGIS., (70 O.S. 1976 Supp., 6-104 [70-6-104], 70 O.S. 1976 Supp., 6-104.5 [70-6-104.5], 70 O.S. 1976 Supp., 6-105 [70-6-105], 70 O.S. 1976 Supp., 6-105(A)) [70-6-105] TO DESTROY PREVIOUSLY GRANTED BENEFITS TO NON TEACHER OR NON CERTIFIED SCHOOL DISTRICT PERSONNEL. TO HOLD OTHERWISE WOULD GIVE RISE TO SERIOUS CONSTITUTIONAL QUESTION CONCERNING THE PROHIBITION AGAINST THE PASSAGE OF ANY LAW IMPAIRING CONTRACTS. CITE: 70 O.S. 1976 Supp., 6-104(D) [70-6-104], ARTICLE II, SECTION 15 (R. THOMAS LAY)